**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RAE BRYANT** **PLAINTIFF**

**V.** **4:25CV00400 JM**

**LONOKE COUNTY, ARKANSAS** **DEFENDANT**

**ORDER OF DISMISSAL**

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of September, 2026.

James M. Moody Jr.
United States District Judge